Gregory S. Gewirtz
LERNER DAVID LLP
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.518.6343

*Attorneys for Defendant Stryker Corporation*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DISTRIBUTION INTELLIGENCE SYSTEMS, LLC | : : : | **Document Filed Electronically** |
| Plaintiff, | : : | Civil Action No. 2:24-cv-334-RWS-RSP |
| v. | : : | Robert W. Schroeder, III, U.S.D.J. |
| STRYKER CORPORATION, | : : | Roy S. Payne, U.S.M.J. |
| Defendant. | x | |

## NOTICE OF APPEARANCE FOR DEFENDANT

Defendant Stryker Corporation files this Notice of Appearance of Counsel and hereby notifies the Court that Gregory S. Gewirtz of the law firm Lerner David LLP is appearing as counsel for Defendant. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Respectfully submitted,

LERNER DAVID LLP
*Attorneys for Defendant Stryker Corporation*

Dated: May 24, 2024

By: /s/ Gregory S. Gewirtz
Gregory S. Gewirtz (NJ 006381992)*
Tel: 908.518.6343
Email: ggewirtz@lernerdavid.com
litigation@lernerdavid.com

*admitted to the E.D. Tex.

8095235