Gregory S. Gewirtz
LERNER DAVID LLP
20 Commerce Drive
Cranford, NJ  07016
Tel:    908.518.6343

*Attorneys for Defendant Stryker Corporation*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DISTRIBUTION INTELLIGENCE SYSTEMS, LLC | : : : | **Document Filed Electronically** |
| Plaintiff, | : : | Civil Action No. 2:24-cv-334-RWS-RSP |
| v. | : : | Robert W. Schroeder, III, U.S.D.J. |
| STRYKER CORPORATION, | : : | Roy S. Payne, U.S.M.J. |
| Defendant. | x | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Stryker Corporation ("Defendant") respectfully submits this Unopposed Motion for Extension of Time to Respond to Plaintiff Distribution Intelligence Systems, LLC's ("Plaintiff") Original Complaint for Patent Infringement, filed May 7, 2024 (ECF No. 1).

With the Complaint having been served May 10, 2024, Defendant's response is currently due May 31, 2024.

Counsel for Defendant has conferred with counsel for Plaintiff, and the parties have agreed to extend the deadline by 30 days for Defendant to file its response to Plaintiff's Complaint, such that Defendant's response would be due by July 1, 2024.  A proposed order is submitted with this motion. The present request is not offered for the purpose of delay or advantage.

8095067

Respectfully submitted,

LERNER DAVID LLP
*Attorneys for Defendant Stryker Corporation*

Dated: May 24, 2024     By: /s/ Gregory S. Gewirtz
                            Gregory S. Gewirtz (NJ 006381992)*
                            Tel:   908.518.6343
                            Email: ggewirtz@lernerdavid.com
                                   litigation@lernerdavid.com

                            *admitted to the E.D. Tex.

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

/s/ Gregory S. Gewirtz
Gregory S. Gewirtz (NJ 006381992)

## CERTIFICATE OF SERVICE

I hereby certify that on the date endorsed hereto, a true and correct copy was served on counsel of record to email addresses on file via the ECF system.

/s/ Gregory S. Gewirtz
Gregory S. Gewirtz (NJ 006381992)