# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISTRIBUTION INTELLIGENCE SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**STRYKER CORPORATION,**<br><br>Defendants. | CASE NO. 2:24-cv-334-RWS-RSP |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Distribution Intelligence Systems, LLC hereby submits this Notice of Voluntary Dismissal without Prejudice of Defendant Stryker Corporation, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment.

Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: June 17, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Monday, June 17, 2024.

*/s/ Randall Garteiser*
Randall Garteiser
